United States District Court
Southern District of Texas
FILED

**TDH**

JAN 1 7 2006

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2006

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

UNITED STATES OF AMERICA                '

V.                                              '          CR. NO. L-05-CR-1542-S

JUAN CARLOS VALDEZ              '

## ORDER

On this the ⎯⎯ day of ⎯⎯⎯⎯⎯ 2006, came to be heard the Defendant's Motion

to Substitute Counsel and the court is of the opinion that it should be GRANTED/DENIED.

Done at Laredo on ⎯⎯⎯⎯⎯ 2006.

_____
UNITED STATES MAGISTRATE JUDGE