United States District Court
Southern District of Texas
FILED
JAN 18 2006
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
JAN 19 2006
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>V<br><br>**JUAN CARLOS VALDEZ**<br>**Defendant** | *<br>*<br>*<br>*<br>* **CRIMINAL NO. L-05-CR-1542-03**<br>*<br>*<br>*<br>* |

## ORDER

BE IT REMEMBERED that the foregoing **MOTION FOR CONTINUANCE** was presented to the Court on the _Jan 18, 2006_, and it is therefore

ORDERED that the Motion is hereby GRANTED ✓ /DENIED____. Final pre-trial is hereby reset for Feb. 3, 2006 at 9 a.m.

SIGNED THIS __18__ day of __Jan__, 2006.

_____
MICAELA ALVAREZ,
UNITED STATES DISTRICT JUDGE